# United States Bankruptcy Court
## Eastern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **AJA New York Restaurant Holdings, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> **DBA Burger King** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br> **20-4073195** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> **217-04 Northern Blvd.** <br> **Suite 19** <br> **Bayside, NY** <br> ZIP Code **11361** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> **Queens** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): AJA New York Restaurant Holdings, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | AJA New York Restaurant Holdings, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ William F. Savino**
Signature of Attorney for Debtor(s)

**William F. Savino**
Printed Name of Attorney for Debtor(s)

**Damon Morey LLP**
Firm Name

**The Avant Building, Suite 1200**
**200 Delaware Avenue**
**Buffalo, NY 14202-2150**
Address

**(716) 856-5500  Fax: (716) 856-5510**
Telephone Number

**8/11/09**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Christina M. Dunbar**
Signature of Authorized Individual

**Christina M. Dunbar**
Printed Name of Authorized Individual

**Chief Financial Officer and Treasurer**
Title of Authorized Individual

**8/11/09**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re  **AJA New York Restaurant Holdings, LLC** ,    Case No. _____
                                              Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **AJA 417-425 Fulton Street, LLC** <br> **Eastern District of New York** | **Debtor's Subsidiary** | |
| **AJA 510 Fulton Street, LLC** <br> **Eastern District of New York** | **Debtor's Subsidiary** | |
| **AJA Cropsey Avenue, LLC** <br> **Eastern District of New York** | **Debtor's Subsidiary** | |
| **AJA Cross Bay Boulevard, LLC** <br> **Eastern District of New York** | **Debtor's Subsidiary** | |
| **AJA Foster Avenue, LLC** <br> **Eastern District of New York** | **Debtor's Subsidiary** | |
| **AJA Ft. Hamilton Parkway, LLC** <br> **Eastern District of New York** | **Debtor's Subsidiary** | |
| **AJA Knapp Street, LLC** <br> **Eastern District of New York** | **Debtor's Subsidiary** | |
| **AJA Linden Avenue, LLC** <br> **Eastern District of New York** | **Debtor's Subsidiary** | |
| **AJA Utica Avenue, LLC** <br> **Eastern District of New York** | **Debtor's Subsidiary** | |

# ACTION

## OF

## MEMBERS

## OF

## AJA NEW YORK RESTAURANT HOLDINGS, LLC

THE UNDERSIGNED, being the members of AJA NEW YORK RESTAURANT HOLDINGS, LLC, a Delaware limited liability company (the "Company"), do hereby waive notice to the holding of a meeting, take the following actions, and adopt the following resolutions by written consent pursuant to Section 18-302 of the Limited Liability Company Act of the State of Delaware.

NOW, THEREFORE, BE IT

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S. Section 101, *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of New York be, and it hereby is, authorized and approved;

RESOLVED FURTHER, that each of the members of the Company is authorized and empowered to execute on behalf of the Company a petition for relief (the "Chapter 11 Filing") under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy court for the Western District of New York, and any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate;

RESOLVED FURTHER, that the Company is authorized to retain Damon Morey LLP ("Damon Morey") as its General Counsel, in connection with its Chapter 11 Filing, upon the terms and conditions set forth in Damon Morey's July 23, 2009 retainer letter;

RESOLVED FURTHER, that each of the members of the Company is authorized to retain on behalf of the Company such other professionals as they deem necessary or appropriate, upon such terms and conditions as shall approve, to render services to the Company in connection with such Chapter 11 proceeding and with respect to other related matters in connection therewith;

RESOLVED FURTHER, that each of the members of the Company be, and each of them is authorized and empowered to open Debtor-in-Possession bank accounts with Bank of America;

RESOLVED FURTHER, that each of the members of the Company is authorized and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expense (subjects to bankruptcy court approval),

where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

   RESOLVED FURTHER, that all actions taken by each of the members of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved;

   RESOLVED FURTHER, that each of the members of the Company be, and each of them hereby is, authorized and empowered to do or cause to be done all such acts, deeds and things and to make, execute and deliver, or cause to be made, executed or delivered, all such agreements, undertakings, documents, instruments or certificates, in the name and on behalf of the Corporation or otherwise, as he/she may deem necessary, advisable or appropriate to effectuate or fulfill the purposes and intent of the foregoing resolutions;

   RESOLVED FURTHER, that this resolution shall constitute the minutes of the meeting of the members of the Company.

   **IN WITNESS WHEREOF**, the undersigned have executed this consent, which may be signed in one or more counterparts, which taken together shall constitute one document, as of this ___ day of July, 2009.

_____, Member

_____, Member

_____, Member

_____, Member

#1353819

where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

      RESOLVED FURTHER, that all actions taken by each of the members of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved;

      RESOLVED FURTHER, that each of the members of the Company be, and each of them hereby is, authorized and empowered to do or cause to be done all such acts, deeds and things and to make, execute and deliver, or cause to be made, executed or delivered, all such agreements, undertakings, documents, instruments or certificates, in the name and on behalf of the Corporation or otherwise, as he/she may deem necessary, advisable or appropriate to effectuate or fulfill the purposes and intent of the foregoing resolutions;

      RESOLVED FURTHER, that this resolution shall constitute the minutes of the meeting of the members of the Company.

      **IN WITNESS WHEREOF**, the undersigned have executed this consent, which may be signed in one or more counterparts, which taken together shall constitute one document, as of this ___ day of July, 2009.

_____, Member

_____, Member

_____, Member

_____, Member

#1353819

where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

RESOLVED FURTHER, that all actions taken by each of the members of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved;

RESOLVED FURTHER, that each of the members of the Company be, and each of them hereby is, authorized and empowered to do or cause to be done all such acts, deeds and things and to make, execute and deliver, or cause to be made, executed or delivered, all such agreements, undertakings, documents, instruments or certificates, in the name and on behalf of the Corporation or otherwise, as he/she may deem necessary, advisable or appropriate to effectuate or fulfill the purposes and intent of the foregoing resolutions;

RESOLVED FURTHER, that this resolution shall constitute the minutes of the meeting of the members of the Company.

**IN WITNESS WHEREOF**, the undersigned have executed this consent, which may be signed in one or more counterparts, which taken together shall constitute one document, as of this 6th day of July, 2009.

_____, Member

_____, Member

_____, Member

_____, Member

#1353819

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:   AJA NEW YORK RESTAURANT HOLDINGS, LLC, *et al.*,   Case No: 09-_____

Debtors.   Chapter: **11**

# CONSOLIDATED LIST OF CREDITORS
# HOLDING 30 LARGEST UNSECURED CLAIMS

The debtor in this Chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on the date hereof for relief under Chapter 11 of Title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting authority to file a consolidated list of the 30 largest unsecured creditors (the "Top 30 List") in lieu of separate lists of each Debtor's 20 largest unsecured creditors. Attached to each of the petitions is the Top 30 List which is based on the Debtors' books and records as of approximately July 30, 2009. The Top 30 List was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' Chapter 11 cases. The Top 30 does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101; or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information presented in the Top 30 List shall not constitute an admission by the Debtors nor is it binding on the Debtors. The Debtors reserve all rights to challenge the priority, nature amount or status of any claim or debt.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Henry J. Hintermeister<br>224 Country Club Road<br>Telluride, CO 81435 | Henry J. Hintermeister<br>224 Country Club Road<br>Telluride, CO 81435<br>(970) 728-1043 | Promissory Note | | $845,000.00 |
| Burger King Corporation<br>5505 Blue Lagoon Drive<br>Miami, FL 33126 | Frank Taylor<br>Burger King Corporation<br>P.O. Box 932980<br>Atlanta, GA 31193-2991<br>(305) 378-3072 | Royalties, Advertising, Investment Sp. | | $841,212.47 |
| Jay Amarosa<br>1946 Coney Island Ave.<br>Brooklyn, NY 11223 | Jay Amarosa<br>1946 Coney Island Ave.<br>Brooklyn, NY 11223<br>(718) 376-5400 | Promissory Note | | $455,000.00 |
| Highpoint Associates VIII<br>15165 Ventura Blvd. – Ste. 140<br>Sherman Oaks, CA 91403 | Maria Storm<br>Highpoint Associates VIII<br>15165 Ventura Blvd. – Ste. 140<br>Sherman Oaks, CA 91403<br>(818) 907-0800 | Lease payments - lawsuit pending | Contingent, Unliquidated, Disputed | $325,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:   AJA NEW YORK RESTAURANT HOLDINGS, LLC, *et al.*,        Case No: 09-_____

         Debtors.        Chapter: **11**_____

# CONSOLIDATED LIST OF CREDITORS
# HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Maines Paper & Food Service<br>P.O. Box 450<br>Terrace Drive<br>Conklin, NY 13748 | Joanne Jirschele<br>Maines Paper & Food Service<br>P.O. Box 450<br>Terrace Drive<br>Conklin, NY 13748<br>(800) 366-3669, Ext. 1612 | Food/Paper | | $75,000.00 |
| Morrison Mahoney, LLP<br>250 Summer Street<br>Boston, MA 02210 | Morrison Mahoney, LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 | Legal Services | | $10,705.96 |
| Royal Waste Services<br>P.O. Box 312170<br>Jamaica, NY 11431-2170 | Aldo Pereira<br>Royal Waste Services<br>P.O. Box 312170<br>Jamaica, NY 11431-2170<br>(718) 468-8679 | Waste Removal Services | | $9,320.25 |
| Parkway Refrigeration<br>4626 Flatlands Avenue<br>Brooklyn, NY 11234 | Carl De Paci<br>Parkway Refrigeration<br>4626 Flatlands Avenue<br>Brooklyn, NY 11234<br>(718) 258-8788 | Refrigeration Parts/Repairs | | $8,511.58 |
| Margolis & Company, P.C.<br>401 E. City Avenue – Suite 600<br>Bala Cynwyd, PA 19004-1161 | Susan Cunningham<br>Margolis & Company, P.C.<br>401 E. City Avenue – Suite 600<br>Bala Cynwyd, PA 19004-1161<br>(610) 667-6250 | Accounting Services | | $7,700.00 |
| Con Edison<br>P.O. Box 1702<br>JAF Station<br>New York, NY 10116-1702 | Customer Service<br>Con Edison<br>P.O. Box 1702<br>JAF Station<br>New York, NY 10116-1702<br>(800) 758-2481 | Utility – Electricity | | $7,527.87 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re: **AJA NEW YORK RESTAURANT HOLDINGS, LLC,** *et al.*,  Case No: 09-_____

Debtors.  Chapter: **11**_____

# CONSOLIDATED LIST OF CREDITORS
# HOLDING 30 LARGEST UNSECURED CLAIMS
# (Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| LePage Bakeries, Inc.<br>P.O. Box 1900<br>Auburn, ME 04211 | Carol<br>LePage Bakeries, Inc.<br>P.O. Box 1900<br>Auburn, ME 04211<br>(207) 783-9161 | Baked Goods | | $7,479.08 |
| Safe and Sound Armed Courier I<br>P.O. Box 1643<br>Bayville, NY 11709-0463 | Lisa Gioia<br>Safe and Sound Armed Courier I<br>P.O. Box 1643<br>Bayville, NY 11709-0463<br>(516) 628-1137 | Armored Car | | $6,920.68 |
| Federal Heath Sign Company<br>P.O. Box 678203<br>Dallas, TX 75627 | Federal Heath Sign Company<br>P.O. Box 678203<br>Dallas, TX 75627<br>(817) 685-9075 | Signs | | $3,980.61 |
| Active X Fire Control<br>PO Box 1977<br>Long Island City, NY 11101-1977 | Lynn<br>Active X Fire Control<br>PO Box 1977<br>Long Island City, NY 11101-1977<br>(718) 729-0450 | Fire Alarms, Extinguishers | | $3,884.96 |
| NYC Water Board<br>P.O. Box 410<br>Church St. Station<br>New York, NY 10008-0410 | Customer Service<br>NYC Water Board<br>P.O. Box 410<br>Church St. Station<br>New York, NY 10008-0410<br>(718) 595-7000 | Water | | $3,204.33 |
| FPO Solutions<br>4602 S. Biltmore Lane – Ste. 108<br>Madison, WI 53718-2155 | Lena Parry<br>FPO Solutions<br>4602 S. Biltmore Lane – Ste. 108<br>Madison, WI 53718-2155<br>(608) 661-0155 | Bookkeeping | | $2,866.73 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:   AJA NEW YORK RESTAURANT HOLDINGS, LLC, *et al.*,    Case No: 09-_____

Debtors.    Chapter: **11**_____

# CONSOLIDATED LIST OF CREDITORS
# HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Positive On-Line Systems<br>111 Storer Avenue Suite C-2<br>Staten Island, NY 10309 | Anthony Scalercio<br>Positive On-Line Systems<br>111 Storer Avenue Suite C-2<br>Staten Island, NY 10309<br>(718) 984-4767 | POS Systems | | $2,825.83 |
| OI Distribution<br>12900 SW 89th Court<br>Miami, FL 33176 | Iliani Faria<br>OI Distribution<br>12900 SW 89th Court<br>Miami, FL 33176<br>(800) 827-2747 | Decals, stationery, kitchen supplies | | $2,475.00 |
| National Grid<br>PO Box 1303<br>Buffalo, NY 14240-1303 | Customer Service<br>National Grid<br>PO Box 1303<br>Buffalo, NY 14240-1303<br>(800) 664-6729 | Utility – Gas | | $1,965.38 |
| Franklin Machine Products, Inc.<br>P.O. Box 8500 – Ste. 41570<br>Philadelphia, PA 19178 | Deborah Anderson<br>Franklin Machine Products, Inc.<br>P.O. Box 8500 – Ste. 41570<br>Philadelphia, PA 19178<br>(609) 267-3700 | Equipment Parts | | $1,953.38 |
| Afederal Exterminating<br>6801 11th Avenue<br>Brooklyn, NY 11219 | Mike Baglivo<br>Afederal Exterminating<br>6801 11th Avenue<br>Brooklyn, NY 11219<br>(718) 259-8799 | Extermination, Pest Control | | $1,717.77 |
| Muzak – Northeast<br>4 Palmer Lane<br>Commack, NY 11725 | Bruce Galen<br>Muzak – Northeast<br>4 Palmer Lane<br>Commack, NY 11725<br>(631) 864-2852 | Music/Audio | | $1,278.65 |

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

In re: AJA NEW YORK RESTAURANT HOLDINGS, LLC, *et al.*,     Case No: 09-_____

        Debtors.     Chapter: **11**

# CONSOLIDATED LIST OF CREDITORS
# HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A-Line Electrical Supply, Inc. 8704 Foster Avenue Brooklyn, NY 11236 | Jill Macari A-Line Electrical Supply, Inc. 8704 Foster Avenue Brooklyn, NY 11236 (718) 257-4100 | Electrical Supply | | $1,018.95 |
| NuCO2, Inc. PO Box 9011 Stuart, FL 34995 | NuCO2, Inc. PO Box 9011 Stuart, FL 34995 (800) 472-2855 | Carbonated Water | | $920.82 |
| C-Tec Electric Corp. 101-70 99th Street Ozone Park, NY 11416 | Rose Martinelli C-Tec Electric Corp. 101-70 99th Street Ozone Park, NY 11416 (718) 323-4400 | Electrical Supplies | | $845.33 |
| Fox Glass Company, Inc. 141 20th Street Brooklyn, NY 11232 | Jeanine Smith Fox Glass Company, Inc. 141 20th Street Brooklyn, NY 11232 (718) 499-0100 | Windows/Glass | | $804.70 |
| Kohrman Jackson & Krantz One Cleveland Center 20th Floor Cleveland, OH 44114-1793 | Tina Mates Kohrman Jackson & Krantz One Cleveland Center 20th Floor Cleveland, OH 44114-1793 (216) 696-8700 | Legal Services | | $660.00 |
| T&T Refrigeration 5904 Beverly Road Brooklyn, NY 11203 | T&T Refrigeration 5904 Beverly Road Brooklyn, NY 11203 (718) 629-4033 | Refrigeration Services | | $641.21 |

In re: **AJA NEW YORK RESTAURANT HOLDINGS, LLC**, *et al.*,　　　　Case No: 09-_____

　　　　　Debtors.　　　　　　　　　　　　　　　　　　　　　　Chapter: **11**

# CONSOLIDATED LIST OF CREDITORS
# HOLDING 30 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Coca-Cola USA<br>P.O. Box 102190<br>68 Annex<br>Atlanta, GA 30368 | Jerome Hawk<br>Coca-Cola USA<br>P.O. Box 102190<br>68 Annex<br>Atlanta, GA 30368<br>(800) 241-2653, Ext. 4074 | Beverages | | $639.90 |
| Franke Resupply<br>8007 Innovation Way<br>Chicago, IL 60682 | Grace<br>Franke Resupply<br>8007 Innovation Way<br>Chicago, IL 60682<br>(800) 877-5178 | Equipment Parts | | $601.32 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer and Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  8/11/09　　　　　　　　　Signature  /s/ Christina M. Dunbar
　　　　　　　　　　　　　　　　　　　　　　**Christina M. Dunbar**
　　　　　　　　　　　　　　　　　　　　　　**Chief Financial Officer and Treasurer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

#1356004

A-Line Electrical
Supply, Inc.
8704 Foster Avenue
Brooklyn, NY 11236


Active X Fire Control
PO Box 1977
Long Island City, NY 11101-1977


Aetna
P.O. Box 9610
Cranbury, NJ 08512


Afederal Exterminating
6801 11th Avenue
Brooklyn, NY 11219


AJA CC Holdings, LLC
217-04 Northern Blvd.
Suite 19
Bayside, NY 11361


Alfred Poe
9 Hickory Drive
Chester, NJ 07930


Archie Giles
16722 SW 12th Street
Pembroke Pines, FL 33027


AT&T
208 S. Akard St
Dallas, TX 75202


Automatic Burglar
Alarm Corp.
102-11 Metropolitan Ave.
Forest Hills, NY 11375


Broadway Premimum Funding
Corp.
1747-22 Veterans
Memorial Highway
Islandia, NY 11749

Burger King Corporation
5505 Blue Lagoon Drive
Miami, FL 33126


C-Tec Electric Corp.
101-70 99th Street
Ozone Park, NY 11416


Christina Dunbar
85-42 217th Street
Hollis Hills, NY 11427


Coca-Cola USA
P.O. Box 102190
68 Annex
Atlanta, GA 30368


Con Edison
P.O. Box 1702
JAF Station
New York, NY 10116-1702


Connecticut Mop
Mfg. Co., Inc.
24 S. Chestnut Street
PO Box 471
Wauregan, CT 06387


Ecolab Food Safety
Solutions
24198 Network Place
Chicago, IL 60673-1241


Federal Heath Sign
Company
P.O. Box 678203
Dallas, TX 75627


Fox Glass Company, Inc.
141 20th Street
Brooklyn, NY 11232


Fox Rothschild, LLP
Attn: A/R   45
2000 Market Street
Philadelphia, PA 19103

FPO Solutions
4602 S. Biltmore Lane
Suite 108
Madison, WI 53718-2155


Franke Resupply
8007 Innovation Way
Chicago, IL 60682


Franklin Machine
Products, Inc.
P.O. Box 8500
Suite 41570
Philadelphia, PA 19178


Frontline Sales, Inc.
PO Box 670
1751 Curtiss Court
La Verne, CA 91750


Henry J. Hintermeister
224 Country Club Road
Telluride, CO 81435


Internal Revenue Service
11601 Roosevelt Blvd.
P.O. Box 21126
Philadelphia, PA 19114


Jay Amarosa
1946 Coney Island Ave.
Brooklyn, NY 11223


Joseph LaRoche
27290 Lynde Drive
Olmsted Township, OH 44138


King Uniform, Inc.
8015 Second Flag Drive
Suite B
Austell, GA 30168


Kohrman Jackson & Krantz
One Cleveland Center
20th Floor
Cleveland, OH 44114-1793

LePage Bakeries, Inc.
P.O. Box 1900
Auburn, ME 04211


LI Locksmith & Alarm
Co, Inc.
26 W Old Country Rd.
Hicksville, NY 11801


Maines Paper &
Food Service
P.O. Box 450
Terrace Drive
Conklin, NY 13748


Margolis & Company, P.C.
401 E. City Avenue
Suite 600
Bala Cynwyd, PA 19004-1161


Modern Business Asociates
9455 Koger Boulevard
Suite 200
Saint Petersburg, FL 33702


Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210


Muzak   Northeast
4 Palmer Lane
Commack, NY 11725


National Grid
PO Box 1303
Buffalo, NY 14240-1303


NuCO2, Inc.
PO Box 9011
Stuart, FL 34995


NYC Department of Finance
345 Adams Street, 3rd Fl.
Attn:  Legal Affairs
Devora Cohn
Brooklyn, NY 11201-3719

NYC Fire Department
Church Street Station
P.O. Box 840
New York, NY 10008-0840


NYC Water Board
P.O. Box 410
Church St. Station
New York, NY 10008-0410


NYS Department of
Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


NYS Department of Labor
Harriman State Office
Campus, Building 12
Albany, NY 12240


OI Distribution
12900 SW 89th Court
Miami, FL 33176


Parkway Refrigeration
4626 Flatlands Avenue
Brooklyn, NY 11234


Positive On-Line Systems
111 Storer Avenue
Suite C-2
Staten Island, NY 10309


Private Office Complex
Attn:  Peter Cerrico
217-04 Northern Blvd.
Bayside, NY 11361


Probus Investigations Inc
147 East Second St.
Mineola, NY 11501


Royal Waste Services
P.O. Box 312170
Jamaica, NY 11431-2170

Safe and Sound
Armed Courier I
P.O. Box 1643
Bayville, NY 11709-0463


T&T Refrigeration
5904 Beverly Road
Brooklyn, NY 11203


Verizon
PO Box 15124
Albany, NY 12212-5124